# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
(Eastern Division)

--------------------------------------------------X

In re:

Romulo A. Rodrigues-Aguiar,

        Debtor.

--------------------------------------------------X

Source One Financial Corporation,

        Plaintiff,

v.

Romulo A. Rodrigues-Aguiar,

        Defendant.

--------------------------------------------------X

Chapter 7

Case #: 15-12640

Adv. Proc. No.:16-01023

**CERTIFICATION PURSUANT TO RULE 26(1) AND ASSENTED TO MOTION TO STAY PENDING LITIGATION OR IN THE ALTERNATIVE THE DISCOVERY PLAN AND MOTION FOR APPROVAL**

NOW COMES Creditor and Plaintiff Source One Financial Corporation ("Creditor") and Debtor and Defendant Romulo A. Rodrigues-Aguiar ("Debtor") (collectively referred to hereinafter as the "Parties") and respectfully request that this Honorable Court grant their Motion to Stay Pending Litigation. In support hereof, the Parties state that it is in the best interest of the Parties in light of the filing of Trustee's Adversary Proceeding, *John 0. Desmond, Trustee for the Chapter 7 Debtor, Romulo A. Rodrigues-Aguiar v. Romulo A. Rodrigues-Aguiar* (Adversary Proceeding No. 16-01022) (the "Trustee's Litigation"). The Trustee's Litigation objects to the discharge of debts sought by Debtor pursuant to 11 U.S.C. § 727. In the interest of minimizing legal costs and conserving judicial resources,

the Parties move this Court to stay this Adversary Proceeding until the conclusion of the Trustee's Litigation. The parties assert that if the Trustee is successful in the pending Litigation, this Proceeding in its entirety will become moot. This Court should allow this Motion to Stay. For every day the stay is in effect, the deadlines set forth in the Pretrial Order should be continued for the same one day increments of time plus an additional 30 days.

In light of the circumstances, this Court should stay this Adversary Proceeding as it is in the best interest of both Parties to prevent the accrual of unnecessary costs and the exhaustion of legal resources while Trustee's Litigation remains pending. The Court's approval of this motion – which is substantially similar to a motion filed by a creditor in another adversary proceeding that the Court already approved[1] – would not cause prejudice to either party. If this Court is to deny the Parties' Motion to Stay Pending Litigation, the Parties respectfully request this Court to allow its proposed discovery plan as stated below.

## ALTERNATIVELY

Pursuant to the Federal Rules of Civil Procedure Rule 26(f) and Federal Rules of Bankruptcy Procedure Rule 7026, the Parties hereby certify as follows:

1. The Rule 26(f) Conference was held between counsel for each respective party via telephone conference on Wednesday, May 25, 2016 and electronic mailings on that date.

2. The Parties state that the reasons mentioned above in their Motion to Stay Pending Litigation is applicable as to why the Parties have not filed the disclosures pursuant to Rule 26(a)(1) and (2).

3. The Parties propose the date of September 30, 2016 as the deadline for amending pleadings and for joining other parties.

---

[1] *See Shamrock Finance, LLC v. Romulo Rodrigues-Aguiar*, No. 16-01020, ECF Nos. 17 & 19 (Bankr. D. Mass.).

4. The Parties propose the date of October 14, 2016 for the date discovery shall be completed in this Adversary Proceeding.

5. The Parties propose the date of December 14, 2016 to file a Joint Pretrial Memorandum signed by all counsel which shall supersede the pleadings to the extent of any inconsistencies and govern the course of the trial.

6. The Parties estimate that the trial in this Adversary Proceeding will take no longer than one day to litigate all of this matter's issues.

WHEREFORE the Parties respectfully request that this Court grant their Motion to Stay Pending Litigation until the Trustee's Litigation is fully litigated and the matter is complete, or in the Alternative, to approve this Certification and Discovery Plan as outlined above.

Respectfully submitted,

| ROMULO A. RODRIGUES-AGUIAR, By his attorney,  /s/ James Hayes James Hayes, Esq. BBO #226790 82 Otis Street Unit One Cambridge, MA 02141-1719 Tel. No. (617) 547-7771 James.ace@comcast.net | SOURCE ONE FINANCIAL CORPORATION, By its attorney,  /s/ Michael T. Grant Michael T. Grant, BBO# 677893 LECLAIRRYAN, *A Professional Corporation* One International Place, 11th Floor Boston, MA  02110 (617) 502-8200 michael.grant@leclairryan.com |
|---|---|

3

**CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants as of this date.

               /s/ Michael Grant